IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLLIN D. ANDERSON<br>　　　Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO: 4:17-cv-2566 |
| v. | §<br>§<br>§ | |
| COMENITY CAPITAL BANK,<br>　　　Defendant. | §<br>§ | JURY DEMANDED |

## ORDER OF DISMISSAL

Having considered Plaintiff, Collin D. Anderson's Notice of Dismissal, the Court finds the Notice should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Civil Action No: 4:17-cv-02566 is hereby DISMISSED with prejudice as to all claims and causes of action that any party has against the other.

SIGNED ___October___ __19__, 2017.

_____
JUDGE PRESIDING